1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO.  1:22-CR-00071-ADA-BAM
12 |                        Plaintiff,  | STIPULATION CONTINUING STATUS
   |                                    | CONFERENCE, SETTING A TRIAL DATE, AND
13 |             v.                     | REGARDING EXCLUDABLE TIME PERIODS
   |                                    | UNDER SPEEDY TRIAL ACT; ORDER
14 | GEORGE RIVERA,                     |
   |                                    | DATE: January 10, 2024
15 |                        Defendant.  | TIME:   1:00pm
   |                                    | COURT: Hon. Barbara A. McAuliffe
16

17                                   **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for status on January 10, 2024.

21     2.     By this stipulation, defendant now moves to continue the status conference until February

22  28, 2024, set trial for August 20, 2024, and to exclude time between January 10, 2024, and August 20,

23  2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

24     3.     The parties agree and stipulate, and request that the Court find the following:

25         a)     The government represents that discovery associated with this case has been

26  provided. The government is aware of its ongoing discovery obligations.

27         b)     The government provided a plea offer on June 28, 2023.

28         c)     Counsel for defendant desires additional time to confer with his client about the

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

1    plea agreement, to review discovery, and to otherwise prepare for trial.  While the parties

2    anticipate a plea resolution, they will be prepared to proceed to trial if one is not reached.

3              d)         Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny him/her the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6              e)         The government does not object to the continuance.

7              f)         Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10             g)         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of January 10, 2024 to August 20,

12   2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it

13   results from a continuance granted by the Court at defendant's request on the basis of the Court's

14   finding that the ends of justice served by taking such action outweigh the best interest of the

15   public and the defendant in a speedy trial.

16   4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19

20        IT IS SO STIPULATED.

21   Dated:  January 4, 2024

22                                                                   PHILLIP A. TALBERT
                                                                     United States Attorney

23                                                                   /s/ KIMBERLY A. SANCHEZ
                                                                     KIMBERLY A. SANCHEZ
24                                                                   Assistant United States Attorney

25                                                                   /s/ PATRICK AGUIRRE

26   Dated:  January 4, 2024

27                                                                   PATRICK AGUIRRE
                                                                     Counsel for Defendant
28                                                                   GEORGE RIVERA

STIPULATION REGARDING EXCLUDABLE TIME                     2
PERIODS UNDER SPEEDY TRIAL ACT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

IT IS SO ORDERED that the status conference is continued from January 10, 2024, to **February 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.   A jury trial is set for **August 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 day**. A trial confirmation is set for **August 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated: __**January 5, 2024**__ 　　　　　　___/s/ *Barbara A. McAuliffe*___ _
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3