PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE RIVERA,<br><br>Defendant. | CASE NO. 1:22-CR-00071-ADA-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE, SETTING A TRIAL DATE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 28, 2024<br>TIME: 1:00pm<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2024 and for trial on August 20, 2024.

2. By this stipulation, defendant now moves to continue the status conference until April 10, 2024. Time is already excluded through trial, and so no further time exclusion needs addressed.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

   b) The government provided a plea offer on June 28, 2023.

   c) Counsel for defendant has been in trial, which interfered with his ability to

finalize plea discussions with the defendant, and desires additional time to confer with his client about the plea agreement, to review discovery, and to otherwise prepare for trial. While the parties anticipate a plea resolution, they will be prepared to proceed to trial if one is not reached.

    d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)     The government does not object to the continuance.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

/s/ PATRICK AGUIRRE

Dated: February 22, 2024

PATRICK AGUIRRE
Counsel for Defendant
GEORGE RIVERA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 28, 2024, to **April 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time was previously excluded through August 20, 2024.

IT IS SO ORDERED.

Dated: __**February 22, 2024**__          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE