PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>GEORGE RIVERA,<br><br>                  Defendant. | CASE NO. 1:22-CR-00071-NODJ-BAM<br><br>STIPULATION VACATING TRIAL, SETTING A CHANGE OF PLEA HEARING, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 10, 2024<br>TIME: 8:30 am |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 10, 2024, a trial confirmation on August 5, 2024, and trial on August 20, 2024 (Dkt. 35, 37).

2. On March 7, 2024, the government filed an executed plea agreement. Dkt. 38.

3. By this stipulation, the parties now move to vacate the April 10, 2024 status conference, August 5, 2024 trial confirmation, and the August 20, 2024 trial, and set a change of plea hearing for May 28, 2024. Time is already excluded through trial, but in an abundance of caution, the parties request speedy trial time exclusion through May 28, 2024.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government represents that discovery associated with this case has been

provided. The government is aware of its ongoing discovery obligations.

      b)      The government provided a plea offer on June 28, 2023.

      c)      The parties reached a plea agreement which has been filed, but for continuity of counsel and adequate preparation for the change of plea proceeding, the earlies date defense counsel's schedule and readiness allow for is May 28, 2024.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and to provide for continuity of counsel, taking into account the exercise of due diligence.

      e)      The government does not object to May 28, 2024 for the change of plea hearing.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 3, 2024

PHILLIP A. TALBERT  
United States Attorney

/s/ KIMBERLY A. SANCHEZ  
KIMBERLY A. SANCHEZ  
Assistant United States Attorney

Dated: April 3, 2024

/s/ PATRICK AGUIRRE  

PATRICK AGUIRRE  
Counsel for Defendant  
GEORGE RIVERA

**[Remainder of page intentionally left blank.]**

**ORDER**

IT IS SO ORDERED that the jury trial set for August 20, 2024, trial confirmation set for August 5, 2024 and status conference set for April 10, 2024 are vacated. A change of plea hearing is set for **May 28, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through August 20, 2024.

IT IS SO ORDERED.

Dated:   **April 8, 2024**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE