PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>GEORGE RIVERA,<br><br>                      Defendant. | CASE NO. 1:22-CR-00071-NODJ-BAM<br><br>STIPULATION CONTINUING CHANGE OF PLEA HEARING, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 28, 2024<br>TIME: 8:30 am |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on May 28, 2024.

2. By this stipulation, the parties now move to continue the change of plea hearing to July 29, 2024 and exclude time to and though July 29, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government represents that discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

    b) The government provided a plea offer on June 28, 2023.

    c) The parties reached a plea agreement which has been filed, but for continuity of

counsel and adequate preparation for the change of plea proceeding, the earliest date defense counsel's schedule, and readiness allow for is July 29, 2024 also taking the Court's availability into consideration.

        d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and to provide for continuity of counsel, taking into account the exercise of due diligence.

        e)    The government does not object to July 29, 2024 for the change of plea hearing.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: May 20, 2024

/s/ PATRICK AGUIRRE
PATRICK AGUIRRE
Counsel for Defendant
GEORGE RIVERA

**[Remainder of page intentionally left blank.]**

# **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from May 28, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 21, 2024**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3