PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00071-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE, SETTING A TRIAL DATE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GEORGE RIVERA, | |
| Defendant. | DATE: July 29, 2024<br>TIME: 9:00 am<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on July 29, 2024

2. By this stipulation, defendant now moves to continue the change of plea hearing until September 9, 2024 and exclude time to and through that date.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

   b) The government provided a plea offer on June 28, 2023.

   c) Counsel for defendant needs additional time conduct research that may impact this plea, to confer with his client about the plea agreement, to review discovery, and to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

otherwise prepare for trial should plea negotiations fail.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 17, 2024

                PHILLIP A. TALBERT
                United States Attorney

                /s/ LAUREL J. MONTOYA
                LAUREL J. MONTOYA
                Assistant United States Attorney

Dated:  July 17, 2024                /s/ PATRICK AGUIRRE
                PATRICK AGUIRRE
                Counsel for Defendant
                GEORGE RIVERA

# FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS ORDERED that the change of plea hearing set for July 29, 2024 is continued to **September 9, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**, and that the time period of July 29, 2024 to and through September 9, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **July 19, 2024**            /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE