RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GEORGE RIVERA,<br>Defendant. | **Case No. 1:22-CR-00071-001**<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR., attorney for Defendant GEORGE RIVERA, and Assistant U.S. Attorney Brenden Daly for the Plaintiff, that the hearing currently scheduled for November 19, 2026, at 9:00 a.m. shall be continued until January 19, 2027, at 9:00 a.m., or the earliest date thereafter.

Defense counsel was recently appointed and needs time to review the discovery and meet and confer with Mr. Thorson. The parties agree that additional time is necessary to permit defense counsel to review and discuss the matter, with the defendant. Counsel requires time to investigate and evaluate issues relating to the charges, Failure to grant the requested continuance would

deny defense counsel the reasonable time necessary for effective preparation, taking into account his recent appointment and involvement in a lengthy State Court Homicide case.

The parties agree that good cause exists for the continuance.

Dated: November 17, 2026

Respectfully submitted,

\s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
GEORGE RIVERA

Dated: November 17, 2026

Respectfully submitted,

\s\David Gappa
Brenden Daly
Assistant U.S. Attorney

**ORDER**

The status conference as to the above-named defendant currently scheduled for November 19, 2026, at 2:00 p.m. shall be continued until **January 19, 2027, at 2:00 p.m. before Magistrate Judge Erin Guy Castillo.**

**IT IS SO ORDERED.**

Dated: November 17, 2026

Hon. FRANK J. SINGER
United States Magistrate Judge